# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2025-2625
LT Case No. 54-2011-CF-2345-A

———————————————————

STEVEN RAY BAKER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————————

3.850 Appeal from the Circuit Court for Putnam County.
Alicia R. Washington, Judge.

Steven Ray Baker, Blountstown, pro se.

James Uthmeier, Attorney General, Tallahassee, and Roberts J.
Bradford, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.

January 27, 2026

PER CURIAM.

    AFFIRMED.

EISNAUGLE, SOUD, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____